| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David W. Carpenter*<br>Bradford A. Berenson*<br>David L. Lawson*<br>Edward R. McNicholas*<br>Eric A. Shumsky  #206164<br>1501 K Street, N.W.<br>Washington, DC  20005<br>Tel: (202) 736-8000<br>Fax: (202) 736-8711<br>bberenson@sidley.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Randolph D. Moss*<br>Samir C. Jain  # 181572<br>Brian M. Boynton  # 222193<br>Catherine M.A. Carroll*<br>1875 Pennsylvania Ave, N.W.<br>Washington, DC  20006<br>Tel.:  (202) 663-6000<br>Fax:  (202) 663-6363<br>randolph.moss@wilmerhale.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Bruce A. Ericson  #76342<br>Jacob R. Sorensen  #209134<br>Marc H. Axelbaum  #209855<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA  94120<br>Tel.: (415) 983-1000<br>Fax: (415) 983-1200<br>bruce.ericson@pillsburylaw.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann  # 132418<br>Susan R. Szabo  # 155315<br>Aimee A. Feinberg  # 223309<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA  90071<br>Tel.:  (213) 683-9100<br>Fax:  (213) 683-5150<br>henry.weissmann@mto.com |
| Attorneys for the AT&T Defendants | Attorneys for the Verizon Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>*McMurray v. Verizon Communications, Inc., et al.*, No. 09-cv-0131-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATE FOR THE TELECOMMUNICATION CARRIERS**<br><br>[Civil L.R. 6-1(b); 7-12]<br><br>Courtroom:  6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

|   |   |
|---|---|
| 1 | **RECITALS** |

A. On July 10, 2008, Plaintiffs Rev. Joe McMurray, et al. ("*McMurray* Plaintiffs"), filed a complaint against Defendants Cellco Partnership; Verizon Communications Inc. ("Verizon"); BellSouth Corporation, AT&T Corporation, and AT&T Inc. (collectively, "the AT&T Defendants"); George W. Bush, "individually in his executive capacity and as representative of the United States of America," and the National Security Agency (collectively, the "Government Defendants") in the United States District Court for the Southern District of New York. *See McMurray v. Verizon Communications, Inc., et al.*, No. 08-cv-006264 (S.D.N.Y.).

B. On December 19, 2008, the Judicial Panel on Multidistrict Litigation transferred *McMurray* to this MDL.

C. On January 21, 2009, this Court approved (a) the parties' joint stipulation providing that no defendant need answer or otherwise respond to the complaint in *McMurray* until March 19, 2009, and (b) Plaintiffs' dismissal without prejudice of Defendant Cellco Partnership from the action. *See* Dkt. No. 550 in 06-cv-01791.

D. On February 6, 2009, the United States filed an administrative motion to treat McMurray as subject to the United States' pending motion to dismiss all cases against the telecommunication carrier defendants pursuant to § 802 of the Foreign Intelligence Surveillance Act of 1978 Amendments Act of 2008, Pub. L. No. 110-261, 122 Stat. 2436 ("FISAAA" or "Act"). See Dkt. No. 557 in 06-cv-01791. The Plaintiffs opposed this motion. See Dkt. 561.

E. On February 19, 2009, this Court denied the United States' administrative motion and provided that the "United States shall have until April 3, 2009 to plead or otherwise respond to the complaint in this individual action." Dkt. No. 565 in 06-cv-01791.

F. The parties believe that it will promote efficiency if Verizon and the AT&T Defendants (collectively the "Telecommunication Carrier Defendants") are granted the same extension of time within which to answer or otherwise respond to the complaint in *McMurray*.

G. Neither Plaintiffs nor Defendants intend this stipulation to waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

|     |                                                                                                              |
| --- | ------------------------------------------------------------------------------------------------------------ |
| 1   | **STIPULATION**                                                                                              |
| 2   | 1. The Telecommunication Carrier Defendants, the Government Defendants, and the                              |
| 3   | McMurray Plaintiffs, through their undersigned counsel, hereby stipulate that the                            |
| 4   | Telecommunication Carrier Defendants shall have until April 3, 2009 to file an answer or otherwise           |
| 5   | respond to the complaint in McMurray v. Verizon Communication, Inc., et al., No. 09-cv-0131-                 |
| 6   | VRW.                                                                                                         |
| 7   | 2. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any                            |
| 8   | procedural or substantive defenses, rights or objections, including, but not limited to, the right to       |
| 9   | challenge personal jurisdiction over any particular Defendant.                                               |
| 10  | Dated: February 27, 2009.                                                                                    |

```
                              SIDLEY AUSTIN LLP
                              DAVID W. CARPENTER
                              DAVID L. LAWSON
                              BRADFORD A. BERENSON
                              EDWARD R. McNICHOLAS
                              1501 K Street, N.W.
                              Washington, D.C. 20005

                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              BRUCE A. ERICSON
                              DAVID L. ANDERSON
                              JACOB R. SORENSEN
                              MARC H. AXELBAUM
                              DANIEL J. RICHERT
                              50 Fremont Street
                              San Francisco, CA 94120-7880


                              By         /s/ Marc H. Axelbaum
                                             Marc H. Axelbaum

                              Attorneys for the AT&T Defendants
```

23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

Stipulation And [Proposed] Order Extending Response Date For The Telecommunication Carriers
MDL No. 06-1791-VRW                                                                                        3

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 27, 2009, at San Francisco, CA.

        */s/ Marc H. Axelbaum*
        Marc H. Axelbaum

WILMER CUTLER PICKERING HALE
  AND DORR LLP
Randolph D. Moss    (pro hac vice)
Samir C. Jain        # 181572
Brian M. Boynton    # 222193
Catherine M.A. Carroll  (pro hac vice)
1875 Pennsylvania Ave, N.W.
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
randolph.moss@wilmerhale.com

By: */s/ Samir C. Jain per G.O. 45*
      Samir C. Jain

MUNGER, TOLLES & OLSON LLP
Henry Weissmann    # 132418
Susan R. Szabo      # 155315
Aimee A. Feinberg   # 223309
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Fax: (213) 683-5150
henry.weissmann@mto.com

*Attorneys for Verizon*


By: */s/ Bruce I. Afran per G.O. 45*
      Bruce I. Afran

BRUCE I. AFRAN, Esq.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075

MAYER LAW GROUP, LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414

| | |
|---|---|
| 1 | Princeton, NJ 08542 |
| | Telephone: (609) 921-8025 |
| 2 | Facsimile: (609) 921-6964 |
| 3 | |
| | THE LAW OFFICES OF STEVEN E. |
| 4 | SCHWARZ, ESQ., LLC |
| | Steven E. Schwarz, Esq. |
| 5 | 2461 W. Foster Ave., #1W |
| | Chicago, IL 60625 |
| 6 | Telephone: (773) 837-6134 |
| | Facsimile: (773) 837-6134 |
| 7 | |
| 8 | *Attorneys for the* McMurray *Plaintiffs* |
| 9 | |
| | By: */s/ Paul G. Freeborne per G.O. 45* |
| 10 | Paul G. Freeborne |
| 11 | |
| | MICHAEL F. HERTZ |
| 12 | Acting Assistant Attorney General |
| | DOUGLAS N. LETTER |
| 13 | Terrorism Litigation Counsel |
| | JOSEPH H. HUNT |
| 14 | Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO |
| 15 | Special Litigation Counsel |
| | PAUL G. FREEBORNE |
| 16 | Trial Attorney |
| 17 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 18 | 20 Massachusetts Avenue, NW, Rm. 7142 |
| | Washington, D.C. 20001 |
| 19 | Phone: (202) 305-9334—Fax: (202) 616-8460 |
| | Email: alexander.haas@usdoj.gov |
| 20 | |
| 21 | *Attorneys for the United States of America* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court ORDERS the following:

The Telecommunication Carrier Defendants shall have until April 3, 2009 to file an answer or otherwise respond to the complaint in *McMurray v. Verizon Communication, Inc., et al.*, No. 09-cv-0131-VRW. By entering into this Stipulation, neither Plaintiffs nor Defendants waive any procedural or substantive defenses, rights or objections, including, but not limited to, the right to challenge personal jurisdiction over any particular Defendant.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 10__, 2009.

_____
Hon. Vaughn R. Walker
United States District Court Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*