IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REV. JOE MCMURRAY, et al,                          No. C 09-0131    VRW

              Plaintiff(s),

                                     **JUDGMENT IN A CIVIL CASE**

  v.

VERIZON COMMUNICATIONS , et al.,

              Defendant(s).

                                   /

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Court's July 27, 2009 Order, judgment  is hereby entered in this case in favor of  defendants.

Dated:  July 29, 2009                                    Richard W. Wieking, Clerk

                                                    By: *Cora Klein*

                                                    Deputy Clerk